■ In the Matter of MESIAH FERGUSON, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [6 NYS3d 503]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review two determinations of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Determinations confirmed. No opinion.

---

Peters, P.J., McCarthy, Egan Jr. and Devine, JJ., concur. Adjudged that the determinations are confirmed, without costs, and petition dismissed.